IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KURLINE ALTES,                  *

    Plaintiff,              *

v.                              *

                                             CIVIL NO. JKB-23-1033

THE PRIDE CENTER               *
OF MARYLAND, INC.,
                                *
    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

On July 16, 2024, Plaintiff moved for an extension of discovery deadlines. (ECF No. 42.) She informs the Court that discovery has stalled due to the imminent withdrawal of Defendant's counsel and asks the Court to: (1) toll the Scheduling Order and (2) permit the parties to propose a new schedule once Defendant's new counsel has entered an appearance. (*See id.* at 1–3.) She does not indicate whether opposing counsel consents to her Motion. (*See id.*) On July 18, 2024, Defendant's new counsel entered an appearance. (ECF No. 43.)

In light of the foregoing, it is ORDERED that Plaintiff's Motion is DENIED without prejudice to renewal after counsel have met and conferred on an appropriate schedule for the remainder of discovery.

DATED this 22 day of July, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge